**Erik Van Hagen, OSB No. 065387**
vanhagee@trimet.org
TriMet
4012 SE 17th Avenue
Portland, OR  97202
Telephone:  503-962-4841
Facsimile:  503-962-3095

    Attorney for Defendant TriMet

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DONALD DELONEY, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON, a public corporation, STEPHEN BANTA, an individual, AND MICHAEL FORD, an individual,<br><br>    Defendants. | Case No. 3:11-cv-00977-ST<br><br>**DEFENDANT TRIMET'S MOTION TO DISMISS AND LR 7.1 CERTIFICATION**<br><br>Pursuant to Fed. R. Civ. P. 12(b)<br><br>ORAL ARGUMENT REQUESTED |

**I.    MOTION**

    Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Tri-County Metropolitan Transportation District of Oregon ("TriMet") respectfully moves to dismiss all of the claims asserted against it in the Complaint filed by plaintiff Donald Deloney. Plaintiff's claims for relief against TriMet for violation of 42 USC § 1981 should be dismissed for failure to state a claim as the claims are barred by the statute of limitation.

    TriMet's Motion is supported by the following document being filed concurrently herewith:

PAGE 1  - DEFENDANT TRIMET'S MOTION TO DISMISS

(1)  Memorandum in Support of Defendant TriMet's Motion to Dismiss.

## II.  LR 7.1 CERTIFICATION

Pursuant to LR 7.1(a), TriMet certifies that it has, through counsel, conferred in good faith with plaintiff by telephone in an effort to resolve the issues raised by this motion, but that the parties have been unable to do so.

Respectfully submitted this 23rd day of May, 2012.

>*/s/ Erik Van Hagen*
>Erik Van Hagen, OSB No. 065387
>Telephone: 503-962-4841
>Fax: 503-962-3095
>vanhagee@trimet.org
>Attorney for Defendant Tri-County Metropolitan
>Transportation District of Oregon ("TriMet")